**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BENJAMIN TARIRI, Plaintiff, | ) | |
| v. | ) | C.A. NO. 1:26-CV-12897-DL |
| DAVID KLUFT, Individually & Officially, ANDREA CAMPBELL, Massachusetts Attorney General, STEVEN TOMKINS, and SUFFOLK COUNTY SHERIFFS DEPT. Defendants. | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as counsel for Defendant Andrea Campbell, Massachusetts Attorney General, in her official capacity in the above-captioned action.

Respectfully submitted,

ANDREA CAMPBELL,

By her Attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Dayana Donisca*
Dayana Donisca (BBO # 709120)
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place
Boston, MA 02108
(617) 963-2569
dayana.donisca3@mass.gov

Date: September 9, 2026

**CERTIFICATE OF SERVICE**

I, Dayana Donisca, Assistant Attorney General, hereby certify that I have this day, September 9, 2026, served the foregoing Notice of Appearance upon counsel for Plaintiff by email.

Benjamin Tariri
100 Hano Street #11
Allston, MA 02134
Btariri@yahoo.Com
*Pro se plaintiff*

*/s/ Dayana Donisca*
Dayana Donisca
Assistant Attorney General