United States District Court

Suffolk, S.S.

Eastern Massachusetts Division

FILED
IN CLERKS OFFICE
2026 SEP 14 P 12:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Benjamin Tariri
V.
David Kluft, ET AL.

Docket #: 1:26-CV-12897-DLC

Plaintiff's Motion to extend time to Serve Defendants & Serve by First-class Mail

Respectfully, now comes Pro Se Plaintiff Benjamin Tariri, an incarcerated individual and moves this honorable court to kindly enlarge the time to serve the Defendants to Dec. 31, 2026. He also seeks to serve the Defendants by First-Class Mail. As reasons for these motions, Plaintiff states that he has been incarcerated at the Massachusetts Department of Corrections, and has been transferred several times. Moreover, he has not been able to locate a constable, therefore needs to serve the Defendants by First-class Mail.

WHEREFORE, Plaintiff respectfully requests that he be allowed to serve by or before Dec. 31, 2026, by First-class mail.

Respectfully
Benjamin Tariri